716

## Commonwealth ex rel. Stanley, Appellant, v. Myers.

Submitted June 14, 1965. *Paul Stanley*, appellant, in propria persona; *Joseph M. Smith*, Assistant District Attorney, *F. Emmett Fitzpatrick, Jr.*, First Assistant District Attorney, and *James C. Crumlish, Jr.*, District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Steele, Appellant, v. Maroney.

Submitted June 14, 1965. *William James Steele, Jr.*, appellant, in propria persona.

Order affirmed.

## Commonwealth ex rel. Stone, Appellant, v. Myers.

Submitted June 14, 1965. *Walter Stone*, appellant, in propria persona; *Ted E. Freedman* and *Joseph M. Smith*, Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.*, First Assistant District Attorney, and *James C. Crumlish, Jr.*, District Attorney, for appellee.

Order affirmed.